## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

OMURBEK MAMATOV

     Petitioner,

v.

                                  Case No. 2:26-cv-01068-MIS-GJF

MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; MARISA FLORES, El Paso ICE Field Office Director, Enforcement and Removal Operations; and DORA CASTRO, Warden of Otero County Processing Center, in their official capacities,

     Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Petitioner Omurbek Mamatov and against Respondents Markwayne

Mullin, Todd Blanche, Todd M. Lyons, Marisa Flores, and Dora Castro.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE